746 A.2d 452

IN THE MATTER OF HOWARD J. HOFFMANN,
AN ATTORNEY AT LAW.

March 8, 2000.

### ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **HOWARD J. HOFFMANN** of **WEST NEW YORK**, who was admitted to the bar of this State in 1976, and who was suspended from practice for a period of three months

effective February 8, 1999, and who remains suspended at this time, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1 (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), and *RPC* 1.16(d) (failure to protect client interests on termination of representation), and good cause appearing;

It is ORDERED that **HOWARD J. HOFFMANN** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.